# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **WILLIAM MCNABB,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **CASE NO. 7:14-cv-1088-LSC** |
| **LIFE INSURANCE COMPANY** ) | |
| **OF NORTH AMERICA** ) | |
| ) | |
| **Defendants.** ) | |

## PLAINTIFF'S MOTION TO AMEND COMPLANT AND PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S STATE LAW CLAIMS AND CLAIMS FOR EXTRA CONTRACTUAL DAMAGES AND MOTION TO STRIKE THE PLAINTIFF'S JURY DEMAND

COMES NOW, the Plaintiff and moves the Court to allow him to amend his complaint and for his response is as follows:

**1.** The Plaintiff now recognizes that this action is likely governed by the Employee Retirement Income Security Act of 1974 (ERISA) and therefore desires to file the attached amended complaint asserting a claim for benefits. The Plaintiff also dismisses the jury demand.

**2.** The Plaintiff also voluntarily dismisses or consents to the dismissal of all state law claims after the Plaintiff has filed the attached amended complaint and in the event that the Court grants this amendment.

**3.**     It is in the interest of justice to allow the Plaintiff to file the attached amended complaint and it is further in the interest of judicial economy.

Respectfully Submitted,

s/ David P. Martin
David P. Martin
(ASB-3500-M68D)

OF COUNSEL:
The Martin Law Group, LLC
P.O. Box 20087
Tuscaloosa, AL 35402
Phone (205) 343-1771
Facsimile (205) 343-1781
Davidpmartin@erisacase.com
Jasonburgett@erisacase.com
Arielsblocker@erisacase.com

## CERTIFICATE OF SERVICE

I hereby certify that the above Response was served electronically by filing the same with the Court's CM/ECF system on this the 30th day of June, 2014.

Katherine L. Soppet, Esq.
William B. Walheim, Jr., Esq.
Grace R. Murphy, Esq.
Maynard Cooper & Gale, PC
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL  35203

Shane T. Sears, Esq.
The Sears Firm, P.C.
The Sears Building
5809 Feldspar Way, Suite 200
Birmingham, AL 35224

                                                s/ David P. Martin
                                                OF COUNSEL